# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 12, 2024

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

    No. 24-30623   Lefebure v. Boeker
                            USDC No. 3:17-CV-1791

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    *Christy Combel*
                                    By: _____
                                    Christy M. Combel, Deputy Clerk
                                    504-310-7651

cc:
     Mr. Blake Joseph Arcuri
     Mr. Lee J. Ledet
     Mr. Jack Griffith Rutherford
     Mr. Joseph Arthur Smith III